

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2018

No. 04-18-00430-CR

Orlando **ORTIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 17-06-00056-CRL
Honorable Donna S. Rayes, Judge Presiding

# **O R D E R**

Court reporter Richey Gentry has filed a notification of late reporter's record, requesting an additional sixty days to file the reporter's record. We GRANT the request and ORDER Richey Gentry to file the reporter's record on or before December 21, 2018. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2018.

_____
Keith E. Hottle
Clerk of Court